**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-MJ-03119-TORRES**

**UNITED STATES OF AMERICA,**

vs.

**FRANCISCO CONVIT GURUCEAGA, et al.,**

**Defendant.**
_____/

## NOTICE OF APPEARANCE

The United States of America hereby gives notice that Assistant United States Attorney Nalina Sombuntham has been assigned responsibility of matters related to criminal forfeiture in the above-captioned case.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By:   *s/ Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida   33132-2111
Telephone:   (305) 961-9224
Facsimile:   (305) 536-7599
nalina.sombuntham2@usdoj.gov

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on July 25, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF.

                                            *s/ Nalina Sombuntham*
                                            Nalina Sombuntham
                                            Assistant United States Attorney