NS:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20685-CR-KMW

UNITED STATES OF AMERICA,

v.

FRANCISCO CONVIT GURUCEAGA, et al.

        Defendants.

_____ /

**NOTICE OF LIS PENDENS RE: FORFEITURE**

**GRANTEE(S):** FP Equestrians, LLC, a Florida limited liability company.

**TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described herein.**

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that, on August 16, 2018, the United States of America filed an Indictment in the United States District Court for the Southern District of Florida in the foregoing action.

Pursuant to 21 U.S.C. § 853(p), the United States of America is seeking to forfeit the following real property located at 14432 Rolling Rock Place, Wellington, Florida 33414, including all buildings, improvements, fixtures, attachments and easements found therein or thereon, which is more particularly described as:

> Lot 4, Block 57, Saddle Trail Park of Wellington P.U.D., according to the Plat thereof as recorded in Plat Book 41, Page 103, Public Records of Palm Beach County, Florida.
>
> Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

Title 21, United States Code, Section 853(k) states that no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court for the Southern District of Florida in Miami, Florida.

                Respectfully submitted,

                BENJAMIN G. GREENBERG
                UNITED STATES ATTORNEY

By:  *s/ Nalina Sombuntham*
      Nalina Sombuntham
      Assistant United States Attorney
      Fla. Bar No. 96139
      99 N.E. 4th Street, 7th Floor
      Miami, Florida 33132-2111
      Telephone: (305) 961-9224
      Facsimile: (305) 536-7599
      nalina.sombuntham2@usdoj.gov

This instrument was
prepared by:

Nalina Sombuntham
Assistant United States Attorney